IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**SANDI LYNN MEDEIROS**,

        Plaintiff,

    v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

        Defendant.

No. 3:11-cv-00386-JE

OPINION AND ORDER

**MOSMAN, J.**,

    I GRANT the motion [38] for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, for the reasons described in the briefing in support of that motion.

    IT IS SO ORDERED.

    DATED this   28th   day of June, 2013.

                                    /s/ Michael W. Mosman
                                    MICHAEL W. MOSMAN
                                    United States District Judge

1 – OPINION AND ORDER