UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**SANDI LYNN MEDIEROS,**  Case No. 3:11-cv-386-JE

Plaintiff,

vs.

ORDER FOR EAJA FEES

**COMMISSIONER of Social Security,**

Defendant.

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that supplemental EAJA attorney's fees of **$2500.00** shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Linda Ziskin, based upon Plaintiff's assignment of these amounts to Plaintiff's attorneys.

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**LINDA S. ZISKIN**
PO Box 753833
Las Vegas, NV 89136

DATED this 28th day of August, 2013.

/s/ John Jelderks
HON. JOHN JELDERKS
UNITED STATES MAGISTRATE JUDGE

Presented by:
/s/ Linda Ziskin
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
 Of Attorneys for Plaintiff